IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Dallas DIVISION

(Name All Plaintiffs and Defendants)

Marvin Keith

vs.

J.D. Byrider Systems, LLC, et al.

CIVIL NUMBER ___3:14-cv-01317-D___

Complete the following if judgment was rendered in another District:

District: ___Northern___
Docket Number: ___113___
Date Entered: ___06/08/2017___

**ABSTRACT OF JUDGMENT**

In the above entitled and numbered cause a judgment was entered in this Court, or other United States District Court as indicated above and registered herein, on the 27th day of ___April___, 2017, in favor of ___J.D. Byrider Systems, Inc.___ against ___Marvin Keith___

_____

in the sum of $ _____ with interest at the rate of _____ per cent per annum from the _____ day of _____, _____.

Costs have been taxed by the Clerk of Court in the sum of $ ___6,287.22___.

Credits reflected by returns on execution in the sum of $_____.

The address of the Plaintiff shown in this suit in which said judgment was rendered:_____
___17 Leroy Ave. Newport, RI 02840-4105___ or nature of citation and date and place citation served:
_____.

I certify that the above and foregoing is a true and correct abstract of judgment rendered or registered in this Court.

Witness my hand and seal of the Court this _____ day of _____, 20____.

KAREN MITCHELL, CLERK

By _____
Deputy Clerk